EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Designación de Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía | 2003 TSPR 22<br><br>158 DPR ____ |

Número del Caso: EN-2003-01


Fecha: 21 de febrero de 2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación de Miembros de la
Comisión de Reputación para
el Ejercicio de la Abogacía             Núm. EN-2003-01

RESOLUCION

San Juan, Puerto Rico, a 21 de febrero de 2003.

De conformidad con la Regla 1, incisos (A)(1) y (A)(2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, recientemente enmendado, se nombran como miembros asociados al Lcdo. Héctor Saldaña Egozcue y a la Lcda. Waleska Delgado Marrero por un término de dos años. Los restantes miembros de la Comisión continuarán en función por los términos que se indican a continuación:

    (1)  Lcdo. Doel Quiñones Núñez
           Presidente, 5 años

    (2)  Lcda. Belén Guerrero Calderón
           Miembro Asociada, 5 años

    (3)  Hon. Carlos V. Dávila
           Miembro Asociado, 5 años

    (4)  Dr. Robert Stolberg
           Miembro Asociado, 5 años

    (5)  Lcdo. José Guillermo Vivas
           Miembro Asociado, 5 años

    (6)  Lcda. Waleska Delgado Marrero
           Miembro Asociada, 2 años

    (7)  Lcdo. Héctor Saldaña Egozcue
           Miembro Asociado, 2 años

Los nombramientos y términos dispuestos en esta Resolución serán efectivos inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado, señor Fuster Berlingeri, no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo